1 | **RICARDO M. GONZALEZ**
California State Bar No. 98993
2 | 101 West Broadway, Suite 1950
San Diego, California 92101-6036
3 | Telephone: (619) 238-9910
   Fax: (619) 238-9914
4
   Attorney for Defendant
5 | Jaime Garcia

FILED
2007 OCT 11 AM 8:41
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Gordon Thompson, Jr.)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>JAIME GARCIA,<br>    Defendant. | Case No. 07-CR-0426-GT<br><br>**ORDER FOR CONTINUANCE** |

**IT IS HEREBY ORDERED** that the Acknowledgment of New Sentencing date will be filed and the court finds time excludable, and that the sentencing hearing presently set for Wednesday, October 10, 2007 at 9:00 a.m. be continued until Wednesday, October 24, 2007 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: Oct. 9, 2007

_____
GORDON THOMPSON, JR.
UNITED STATES DISTRICT COURT JUDGE