

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JAIME GARCIA,<br><br>    Defendant. | Criminal Case No. 07CR0426-GT<br><br>**ORDER SHORTENING TIME** |

IT IS HEREBY ORDERED, for good cause shown, that defendant Jamie Garcia's Application for an Order Shortening Time dated October 18, 2007, be and is hereby granted and Defendant's Objections to the Presentence Report shall be filed and served on October 18, 2007.

SO ORDERED.

DATED: 10-29-07

_____
GORDON THOMPSON, JR., Judge
United States District Court