1  **RICARDO M. GONZALEZ**
   LAW OFFICES OF RICARDO M. GONZALEZ
2  California State Bar No. 98993
   101 W. Broadway, Suite 1950
3  San Diego, California 92101
   Telephone: (619) 238-9910
4  Fax: (619) 238-9914

5  Attorney for Defendant
   Jaime Garcia

FILED FEB 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY               DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
(HONORABLE GORDON THOMPSON, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07cr0426-GT |
| Plaintiff, | **ORDER FOR CONTINUANCE** |
| v. | |
| JAIME GARCIA, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Acknowledgment of New Sentencing date will be filed and the court finds time excludable, and that the sentencing hearing presently set for Monday, March 3, 2008 at 2:00 p.m. be continued until April 3, 2008 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: 2-29-08

GORDON THOMPSON
UNITED STATES DISTRICT COURT JUDGE